1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  GEORGE L. BEVAN, JR. (CSBN 65207)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6     Oakland, California 94612
      Telephone: 510-637-3689
7
   Attorneys for the United States of America
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          OAKLAND DIVISION
11
   UNITED STATES OF AMERICA,        )   No. 4-06-70239-WDB
12                                  )
          Plaintiff,                )
13                                  )
       v.                           )   STIPULATION AND ORDER TO
14                                  )   CONTINUE NEXT APPEARANCE
                                    )   DATE AND WAIVER OF TIME
15                                  )
   TODD TISUE,                      )
16                                  )
          Defendant.                )
17                                  )

18
       The United States and the defendant, through their respective counsel, jointly
19
   stipulate and respectfully request the Court to continue the defendant's next appearance
20
   from **May 12, 2006**, to **Wednesday, May 17, 2006, at 10:00 a.m.**
21
       The defendant further stipulates to extend the time for indictment or preliminary
22
   hearing to the date of the next court appearance.
23

24

25 Dated: 5/11/06                        _____
26                                       GEORGE L. BEVAN JR.
                                         United States Attorney
27

28

1
2
3  Dated: 5/11/06        _____
4                        MICHAEL GAINES, ESQ.
                         Attorney for Defendant Todd Tisue
5
6
7
8
9
10  IT IS SO ORDERED.
11
12  Dated: 5/12/06        _____
13                        WAYNE D. BRAZIL
                          United States District Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO CONTINUE
NEXT APPEARANCE                        2

1
2
3
Dated: _____
4
                                           MICHAEL GAINES, ESQ.
                                           Attorney for Defendant Todd Tisue
5
6
7
8
9
10  IT IS SO ORDERED.
11
12  Dated: _____
                                           WAYNE D. BRAZIL
13                                            United States District Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO CONTINUE
NEXT APPEARANCE                     2