MICHAEL GAINES, Bar No. 50553
Attorney at Law
255 Kansas Street, Suite 340
San Francisco, CA 94103
(415) 565-9600

Attorney for Defendant
TODD G. TISUE

FILED
DEC 8 - 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TODD G. TISUE,<br><br>Defendant. | No. CR 06-00351-1 DLJ<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER RE MODIFICATION OF**<br>**RELEASE CONDITIONS** |

The parties hereby stipulate that the following modification condition of defendant's release conditions: Defendant is permitted to travel to 430 Colima Street, La Jolla, California 92027, the home of his sister, Nicole Tisue (Phone No. 858 459-8870). The dates of travel are 12/21/06 returning 12/27/06.

It is further ordered that the defendant must provide a written itinerary of the aforementioned travel to his Pre-Trial Services Officer, Laura Weigel

DATED:  December 7, 2006            /S/ George Bevan
                                    GEORGE BEVAN
                                    Assistant United States Attorney

DATED:  December 7, 2006            /S/ Michael Gaines
                                    MICHAEL GAINES
                                    Attorney for TODD G. TISUE

cc: WDB's Stats, Copy to parties via ECF
Pretrial, Frances & Financial

## DECLARATION OF COUNSEL

I, MICHAEL GAINES, declare as follows:

I am an attorney licensed to practice law in the State of California and the attorney retained to represent defendant TODD G. TISUE.

That the defendant wishes to travel to La Jolla, California to spend the Christmas holiday with his sister, Nicole Tisue. He has previously disclosed the details of his travel plans to his Pre-Trial Services Officer, Laura Weigel.

That Ms. Weigel has informed me that she does not oppose defendant's travel plans, but that before leaving, he must provide her with a written itinerary of his trip.

I have, furthermore, spoken to AUSA George Bevan and he has informed me that he does not object to defendant's travel plans.

I declare under penalty of perjury that the foregoing is true and correct, except as to those matters stated on information and belief and as to those matters, I believe them to be true.

Executed this 7th day of December, 2006, at San Francisco, California.


      /S/ Michael Gaines
MICHAEL GAINES
Attorney for Defendant
TODD G. TISUE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TODD G. TISUE,<br><br>Defendant. | No. CR 06-00351-1 DLJ<br><br>[~~PROPOSED~~] **ORDER RE MODIFICATION OF RELEASE CONDITIONS** |

GOOD CAUSE APPEARING, the following modification condition of defendant's release conditions: Defendant is permitted to travel to 430 Colima Street, La Jolla, California 92027, the home of his sister, Nicole Tisue (Phone No. 858 459-8870). The dates of travel are 12/21/06 returning 12/27/06.

It is further ordered that the defendant must provide a written itinerary of the aforementioned travel to his Pre-Trial Services Officer, Laura Weigel.

IT IS SO ORDERED.

DATED: 12-8-06

_____
U.S. DISTRICT COURT MAGISTRATE JUDGE