| | |
|---|---|
| 1  MICHAEL GAINES, Bar No. 50553<br>   Attorney at Law<br>2  255 Kansas Street, Suite 340<br>   San Francisco, CA 94103<br>3  (415) 565-9600<br>4  Attorney for Defendant<br>   TODD G. TISUE | **FILED**<br>JAN 1 7 2007<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>vs.<br>TODD G. TISUE,<br>          Defendant. | No. CR 06-00351-1 DLJ<br><br>**ORDER** |

GOOD CAUSE APPEARING it is hereby ordered that the Stipulation and Proposed Order attached hereto shall be filed under seal. It is further ordered that the previously posted Stipulation and Order shall be removed from the public docket.

DATED: 1-17-07

_____
JUDGE OF THE U.S. DISTRICT COURT